# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-1192
LT Case No. 16-2022-CF-000763-A

_____

CHAUNTEL TAMICKA SAPP,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Jeb T. Branham, Judge.

Dan Ripley, of Ripley Law, PLLC, Pinellas Park, for Appellant.

James Uthmeier, Attorney General, and Christina Piotrowski, Assistant Attorney General, Tallahassee, for Appellee.

July 23, 2026

PER CURIAM.

   AFFIRMED.

WALLIS, BOATWRIGHT, and KILABNE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____